.

BRANDI KAY SAGONA  
46 MIKE LUMPKIN RD  
CARRIERE, MS 39426

KRIS SAGONA  
46 MIKE LUMPKIN RD  
CARRIERE, MS 39426

THOMAS C. ROLLINS, JR.  
THE ROLLINS LAW FIRM, PLLC  
P.O. BOX 13767  
JACKSON, MS 39236

LVNV FUNDING  
ATTN: BANKRUPTCY  
PO BOX 10497  
GREENVILLE, SC 29603

CAPITAL ONE AUTO  
ATTN: BANKRUPTCY  
7933 PRESTON RD  
PLANO, TX 75024

NAVIENT  
ATTN:  BANKRUPTCY  
PO BOX 9635  
WILKES BARRE, PA 18773

CONTINENTAL FINANCE CO  
ATTN: BANKRUPTCY  
4550 NEW LINDEN HILL  
WILMINGTON, DE 19808

TOWER LOAN  
ATTN: BANKRUPTCY  
PO BOX 320001  
FLOWOOD, MS 39232

CREDIT ACCEPTANCE  
ATTN: BANKRUPTCY  
25505 WEST 12 MILE RD  
STE 3000  
SOUTHFIELD, MI 48034

WILLIAM CRUTCHFIELD  
PO BOX 1575  
PICAYUNE, MS 39466

FNB PICAYUNE BANK  
POB 848  
PICAYUNE, MS 39466

JAMIE HEBERT  
58 REVEREND SEBASTIAN RD  
CARRIERE, MS 39426

JEFFERSON CAPITAL  
ATTN: BANKRUPTCY  
200 14TH AVE E  
SARTEKK, MN 56377

KEESLER FEDERAL CREDIT  
P.O. BOX 7001  
BILOXI, MS 39534